# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-3166
_____

United States of America

Plaintiff - Appellee

v.

Amondo Antoine Miller

Defendant - Appellant

------------------------------------------------------------

Appeal from U.S. District Court for the District of Minnesota
(0:20-cr-00232-JRT-19)

------------------------------------------------------------

**JUDGMENT**

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 29, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Susan E. Bindler