# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3166

United States of America

Appellee

v.

Amondo Antoine Miller

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:20-cr-00232-JRT-19)

---

## MANDATE

In accordance with the opinion and judgment of August 29, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 22, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit